UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AUSTIN RICHARD ADJAYE,<br><br>  Plaintiffs,<br><br>  v.<br><br>HARRIS SMILER, et al.,<br><br>  Defendants. | Case No. 20-cv-07009-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

ADR REFERRAL:  Case is referred to Magistrate Judge Settlement Conference to be completed by the end of March.  Preference is for Magistrate Judge Corley if possible within scheduling deadline.

FURTHER CASE MANAGEMENT: 4/23/2021 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 10/1/2021.

DESIGNATION OF EXPERTS: 10/18/2021; REBUTTAL:  11/1/2021;
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 11/19/2021.

DISPOSITIVE MOTIONS **SHALL** be filed by; 1/7/2022;
    Opp. Due: 1/14/2022; Reply Due: 1/21/2022;
    and set for hearing no later than 2/11/2022 at 10:00 AM.

PRETRIAL CONFERENCE DATE: 3/15/2022 at 3:30 PM.

JURY TRIAL DATE: 3/28/2022 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 5-7 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: January 15, 2021

_____
SUSAN ILLSTON
United States District Judge